

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

### JUDGMENT

Al-Yahnai Hawkins,                     \* From the 42nd District Court
of Callahan County,
Trial Court No. 20731.

v. No. 11-16-00345-CV            \* January 26, 2017

Yahdia Hawkins,                      \* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Al-Yahnai Hawkins.